NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTELLECTUAL VENTURES I LLC,**
*Appellant*

v.

**MARVELL SEMICONDUCTOR, INC.,**
*Cross-Appellant*

---

16-1696, -1697
(Inter Partes Review no. IPR2014-00553)

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

### **O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

                          FOR THE COURT

April 29, 2016                      /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                        Clerk of Court

**ISSUED AS A MANDATE:** April 29, 2016

cc: Clerk's Office, United States Patent and Trademark Office
Brenton R. Babcock
Edward M. Cannon
Joseph V. Colaianni Jr.
Peter J. McAndrews
Indranil Mukerji
Adam Shartzer
Paul A. Stewart